ACCEPTED
2014-59033
FIRST COURT OF APPEALS
HOUSTON, TEXAS
5/29/2015 3:42:28 PM
CHRISTOPHER PRINE
CLERK

## NO. 2014-59033

| | | |
|---|---|---|
| **EVELYN WYATT,** | § | **IN THE DISTRICT COURT** |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **V.** | § | **55th JUDICIAL DISTRICT** |
| | § | |
| | § | |
| **CYNTHIA M. SIMON, JERRY L.** | § | |
| **SCHUTZA, JAIKSHIN S.** | § | |
| **BHAGIA and NANIK S. BHAGIA** | § | |
| | § | |
| **Defendants.** | § | **HARRIS COUNTY, TEXAS** |

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
5/29/2015 3:42:28 PM
CHRISTOPHER A. PRINE
Clerk

### NOTICE OF APPEAL

This Notice of Appeal is filed by Evelyn Wyatt, Appellant, a party to this proceeding who seeks to alter the trial court's Orders granting summary judgment in favor of Defendants.

1. The trial court, cause number, and style of this case are shown in the caption above.

2. The Appealable Order by Trial Court was signed on March 3, 2015 along with prior Orders granting summary judgment.

3. Plaintiff, Evelyn Wyatt desires to appeal all portions of the Orders granting Summary Judgment.

4. This appeal is being taken to the 1 or 14th Court of Appeals, in Houston, Texas.

5. This notice of appeal is being filed by Evelyn Wyatt.

Respectfully submitted,
Law Offices of Brett L. Bigham, PLLC

By: /s/Brett L. Bigham
Brett L. Bigham
Texas Bar No. 02312720
100 N. College St., Ste. 404
P.O. Drawer B
Waxahachie, Texas  75168
Tel.  (972)938-9303
Fax. (469)548-6862
Email:  brettbigham@yahoo.com
Attorney for Evelyn Wyatt


## CERTIFICATE OF SERVICE

I hereby certify on May 29, 2015that a true and correct copy of the foregoing Plaintiff's *Notice of Appeal* has been served as follows:

| | |
|---|---|
| Carl T. Schultz<br>Attorney at Law<br>11 Greenway Plaza, Ste. 2820<br>Houston, TX 77046 | Via Eservice and fax |
| Jerry L. Schutza<br>Attorney at Law<br>11 Greenway Plaza, Ste. 2820<br>Houston, TX 77046 | Via Eservice and fax |
| H. Miles Cohn<br>Crain Caton & James, PC<br>1401 McKinney, Ste. 1700<br>Houston, TX 77010 | Via Eservice and fax |

By: /s/Brett L. Bigham
Brett L. Bigham